#60550
FILED
2010 MAR 12 PM 1:32
CLERK OF BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

## UNCLAIMED FUNDS

**MARCH 11, 2010**

05-69610     CHARLES JONES
               CREDITOR DID NOT CASH CHECK
               CHECK #418524 FOR $7.55
               ALLTEL
               ONE ALLIED DR B5
               THIRD FLOOR
               LITTLE ROCK, AR 72202

07-61597     NANETTE CARRIGAN
               DEBTOR DID NOT CASH CHECK
               CHECK #418525 FOR $1,167.00
               NANETTE K CARRIGAN
               220 LOUISE STREET
               RITTMAN, OH 44270

09-60735     GEORGE BENACH
               CREDITOR DID NOT CASH CHECK
               CHECK #418526 FOR $110.99
               FIRST MERIT BANK NA
               111 CASCADE PLAZA CAS 36
               AKRON, OH 44308

06-62260     ANGEL BASURTO, JR
               CREDITOR DID NOT CASH CHECK
               CHECK #418527 FOR $6.41
               JAMES CARPENTER
               2610 TOWNSHIP RD 87
               KILLBUCK, OH 44637-9702